UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADVENTURE TWO S.A.

                         Plaintiff,       **ECF CASE**

    -against-       08 Civ. 6587 (DAB)

COSMOTRADE EXPORTS S.A. and       **NOTICE OF RESTRICTED**
WAVEBLUE SHIP MANAGEMENT S.A.,       **APPEARANCE PURSUANT TO**
                                        **SUPPLEMENTAL RULE E(8)**
                      Defendants.
------------------------------------------------------------x

**COMES NOW**, Cosmotrade Exports S.A. (hereinafter "COSMOTRADE"), by and through undersigned counsel, who hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E (8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for the sole purpose of seeking an Order dismissing the Verified Complaint and vacating the Ex Parte Order for Process of Maritime Attachment against defendant, Cosmotrade Exports S.A.

Dated: New York. New York
       August 7, 2008

                                                    Respectfully submitted,

                                                    CHALOS & CO, P.C.
                                                    Attorneys for Defendant,
                                                    COSMOTRADE EXPORTS S.A.

                                                    By: _____
                                                       George M. Chalos (GC-8693)
                                                       123 South Street
                                                       Oyster Bay, New York 11771
                                                       Tel: (516) 714-4300
                                                       Fax: (866) 702-4577
                                                       E-mail: gmc@chaloslaw.com