UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ADVENTURE TWO S.A.

                      Plaintiff,

-against-

COSMOTRADE EXPORTS S.A. and
WAVEBLUE SHIP MANAGEMENT S.A.,

                      Defendants.
------------------------------------------------------------x

**ORDER UPON STIPULATION
OF DISMISSAL**

08 Civ. 6587 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2008

    COME NOW, Plaintiff, ADVENTURE TWO, S.A. and Defendant, COSMOTRADE EXPORTS, S.A., (hereinafter "the parties"), by and through undersigned counsel, and confirm that it is hereby stipulated and agreed that the Complaint in the above captioned matter be dismissed without prejudice, the parties to bear their respective costs, including any reasonable attorney's fees or other expenses of this litigation.

    **NOW, THEREFORE, IT IS HEREBY ORDERED** that this action is hereby dismissed without prejudice and without costs.

LYONS & FLOOD, LLP
Attorneys for Plaintiff
ADVENTURE TWO S.A.

*Kirk M. Lyons*
Kirk M. Lyons (KL-1568)
65 W. 36th Street
New York, New York 10018
Tel: (212) 594 2400
Email: klyons@lyons-flood.com

CHALOS & CO, P.C.
Attorneys for Defendant
COSMOTRADE EXPORTS S.A.

*George M. Chalos*
George M. Chalos (GC-8693)
123 South Street
Oyster Bay, New York 11771
Tel: (516) 714-4300
Email: gmc@chaloslaw.com

SO ORDERED:

*Deborah A. Batts*
Hon. Deborah A. Batts, U.S.D.J.  8/12/2008